UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-000292-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAWED KHAN | ORDER |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 28, Defendant's Sentencing Memorandum, be sealed.

SO ORDERED.

This the 13 day of September, 2026.

J. Dever
JAMES C. DEVER, III
United States District Court Judge